CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 28 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ADVANCE STORES COMPANY, )
INCORPORATED, a Virginia corporation, )
                                  )
      Plaintiff,         )
                                  )
v.                                 )     Case No. 7:17cv568
                                  )
FRONTSTREET FACILITY SOLUTIONS, INC., a )
Delaware corporation,            )
                                  )
      Defendant.       )

## DISMISSAL ORDER

THIS DAY came the plaintiff, Advance Stores Company, Incorporated, and the defendant, FrontStreet Facility Solutions, Inc., by counsel, and represented to the Court that the parties have settled and compromised all of their differences related to the claims asserted in this action.

Wherefore, it appearing unto the Court proper to do so, it is hereby ORDERED and ADJUDGED that the Plaintiff's Complaint is DISMISSED with prejudice.

The Clerk shall certify copies of this Agreed Order to all counsel of record at the addresses listed in the signature lines below.

Enter this 28TH day of February, 2019.

_____
Senior United States District Judge

25661/1/8742844v1